**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JIAZHANG CHEN** | **CASE NO. 1:26-CV-1566 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TODD BLANCHE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 11], and after an independent review of the record, and noting the lack of written objections filed by Petitioner, Jiazhang Chen ("Petitioner") and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that Respondents' Motion to Dismiss [Doc. No. 7] is **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. Petitioner has been deported.

MONROE, LOUISIANA, this 6th day of October 2026.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**